In the Matter of the Claim of ALICE M. WASTIE, Respondent, against TOMPKINS MCILVAINE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided October 20, 1936.)

*Charles P. Barre* for appellants.

*Richard W. Townsend* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.